To: Honorable Mr. Abel Acosta, Clerk
    Court of Criminal Appeals of Texas

3/2/2015

17, 719-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

From: Dennis Ray Freeman, Pro Se
    TDC #1873252
    Wyme Unit
    810 F.M. 2821
    Huntsville, Tx. 77349

(re: Ex Parte Dennis Freeman
Trial Court Writ No. 42,132-B-H-1)

Respectfully, I am Pro Se and do not know who else to turn to on at least two critical issues:

(1.) The Trial Judge ORDERED the records to be sent to your Honorable Court (at page 150). However, the 4th item ordered, "the findings of fact from the motions to suppress" are omitted from said-record and essential to both, this ORDER and my Grounds of error. They are located in the Appellate Record at Supp. CR pgs. 11-12 and page 13 filed 4-25-14.

Please, what must be done so these ordered records be before your Honorable Court, as ordered by trial Judge on Feb. 18, 2015?

(2.) I was convicted, Count 1, for non-aggravated elements of Penal Code 15.01 and variation of Penal Code 22.01. The Judgement, Appeal Attorney Affidavit, and State's Response page 56 Verifies Jury instruction to this fact. Yet your Honorable Court is being told In proposed findings of trial Court that I am convicted from elements of Indictment, This is simply not true And essential to my Ground 2 and Plain, Actual Harm. Can you Please help me?

xc: file

*These findings filed 4-25-2014 during Direct Appeal are 'not' submitted on the record as ordered by trial Judge.*

The clerk is directed to prepare a record to include the Application for Post-Conviction Writ of Habeas Corpus, his amended application, the trial court's docket sheet, the findings of fact from the motions to suppress, the judgment of acquittal and the judgments of conviction and sentence in cause number 42,132-B, the opinion from the Sixth Court of Appeals in Cause Number 06-13-00131-CR, and the State's Waiver of Service, the State's Response, the affidavit from appellate counsel Mobley, and a copy of this order and send it to the Court of Criminal Appeals in Austin, Texas. The clerk is directed to serve a copy of the above upon both Applicant's appellate attorney, MR. EBB MOBLEY, P.O. Box 2309, Longview, TX 75606, and to the Applicant Dennis Freeman, TDCJ-ID # 18733252, Wynne Unit, 810 FM 2821, Huntsville, Texas 77349.

*4th item*
*Omitted for record*

Judge Presiding

*ORDERED but trial Clerk did not submit them.*

*Located at:*

*1. findings of fact for Motion to Suppress Statement Signed April 24, 2014, filed 4-25-14 Supp. CR 11-12*

*2. Supplemental Finding for Motion to Suppress Signed April 24, 2014, filed 4-25-14 Supp. CR 13*

*And essential to my Grounds of errors.*

150

*I also physically went through these pages and __no__ Findings of fact from the motions to suppress are anywhere submitted for Honorable Court of Criminal Appeals*

## INDEX

1      COVER PAGE------------------------------------------------------------------     1

2      INDEX-------------------------------------------------------------------------     2

3      WAIVER OF SERVICE----------------------------------------------------------     3

4      LETTER------------------------------------------------------------------------     4
          FILE DATE DECEMBER 16, 2014

*This Application out of Compliance at Question 4 – CASE 14,132-B*

5      APPLICATION FOR WRIT OF HABEAS CORPUS--------------------------------     5   23
          FILE DATE DECEMBER 16, 2014

*So I Amended to be in compliance, 42,132-B*

6      AMENDED APPLICATION FOR WRIT---------------------------------------------     24  45
          FILE DATE DECEMBER 29, 2014

7      STATE'S RESPONSE-----------------------------------------------------------     46  65
          FILE DATE JANUARY 2, 2015

8      ORDER------------------------------------------------------------------------     66
          FILE DATE JANUARY 5, 2015

9      LETTER-----------------------------------------------------------------------     67  69
          FILE DATE JANUARY 6, 2015

10    AFFIDAVIT OF EBB MOBLEY---------------------------------------------------     70  144
          FILE DATE JANUARY 30, 2015

11    STATE'S PROPOSED ORDER AND FINDINGS-------------------------------------     145  150
          FILE DATE FEBRUARY 18, 2015

12    INDICTMENT-------------------------------------------------------------------     151  152

13    JUDGMENT OF ACQUITTAL BY JURY--------------------------------------------     153
          FILE DATE JULY 8, 2013

14    JUDGMENT OF CONVICTION BY JURY-------------------------------------------     154  157
          FILE DATE JULY 8, 2013

15    TRIAL COURT CERTIFICATION OF RIGHT OF APPEAL---------------------------     158
          FILE DATE JUNE 27, 2013

16     JUDGMENT FROM COURT OF APPEALS---------------------------------------------     159
     FILE DATE JULY 30, 2014

17     OPINION----------------------------------------------------------------------------     160  164
     FILE DATE JULY 30, 2014

18     MANDATE--------------------------------------------------------------------------     165
     FILE DATE OCTOBER 24, 2014

19     DOCKET SHEET--------------------------------------------------------------------     166  167

20     CERTIFICATE SHEET--------------------------------------------------------------     168

EX PARTE

APPLICATION FOR WRIT OF

HABEAS CORPUS FROM <u>GREGG</u>

COUNTY, 124th District Court

DENNIS RAY FREEMAN

TRIAL COURT WRIT NO. 42,132-B-H-1

CLERK'S SUMMARY SHEET

APPLICANT'S NAME : DENNIS RAY FREEMAN

OFFENSE : <u>COUNT I-ATTEMPTED SEXUAL ASSAULT OF A CHILD</u>
COUNT III- INDECENCY WITH A CHILD

CAUSE NO. : 42132-B

PLEAD : Not Guilty

SENTENCE : LIFE CONFINEMENT TDCJ-ID

TRIAL DATE : June 26, 2013

JUDGE'S NAME : Alfonso Charles

APPEAL NO : 06-13-00131-CR

CITATION TO OPINION : Freeman v. State, 2014 Tex. App. LEXIS 8286 (Tex. App. Texarkana July 30, 2014)

HEARING HELD : NO

FINDINGS & CONCLUSIONS FILED : YES

RECOMMENDATION : DENIED

JUDGE'S NAME : ALFONSO CHARLES